IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ANTHONY OLIVER,                            :
                                          :
            Plaintiff,                     :
                                          :
v.                                        :        Case No. 7:25-cv-120-WLS-ALS
                                          :
GEORGIA DEPARTMENT OF                      :
CORRECTIONS, *et al.*,                     :
                                          :
            Defendants.                    :
_____

**ORDER**

Before the Court are Plaintiff's Motions seeking: (1) leave to proceed anonymously, to file documents revealing her identity under seal, and to seal documents; (2) expedited discovery; and (3) service by the United States Marshals Service. (Docs. 19, 20, 21). For the following reasons, these Motions are denied.

First, Plaintiff's Motions seeking leave to proceed anonymously and to file documents revealing her identity under seal are premature. Service of the Complaint is currently pending and has not yet been obtained on Defendants, who will have an obligation to defend against Plaintiff's claims. Defendants should have an opportunity to respond to Plaintiff's motion seeking to proceed anonymously and to file documents revealing "her real name" under seal. Consequently, Plaintiff's Motions seeking leave to proceed anonymously and to file documents revealing her identity under seal (Doc. 19) are **DENIED**. Plaintiff may again seek leave following the filing of Defendants' answer or other responsive pleading. For the same reason, Plaintiff's Motion to Seal her "Real Name Complaint" (Doc. 19) is **DENIED**.

Second, Plaintiff's Motion for Expedited Discovery is premature. As noted, service of the Complaint is pending. Discovery will not begin until Defendants file an answer or other responsive pleading. (*See* Doc. 13, at 24). Accordingly, Plaintiff's Motion for Expedited Discovery (Doc. 20) is **DENIED**.

Finally, Plaintiff's Motion for Service by the United States Marshals Service is moot. Service is currently being attempted by the United States Marshals Service. (Doc. 15). Accordingly, Plaintiff's Motion for Service by the United States Marshals Service (Doc. 21) is **DENIED as moot**.

**SO ORDERED**, this 3rd day of April, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE

2